# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ozerden, Halil S. | U.S. District Court, Southern Dist. of Mississippi | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge-Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2012 15th Street, Suite 714
Gulfport, MS 39501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | Family Member |
| 2. | Executor | Family Member |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Dukes, Dukes, Keating & Faneca--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BancorpSouth Bank | First Mortgage on Rental Property #1, Gulfport, MS | M |
| 2. | BancorpSouth Bank | Second Mortgage on Rental Property #1, Gulfport, MS | K |
| 3. | ACS | Law School Student Loan | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BancorpSouth Bank, bank accounts | A | Interest | J | T | | | | | |
| 2. BancorpSouth Bank, bank account (X) | B | Interest | L | T | | | | | |
| 3. Mississippi Affordable College Savings Trust #1-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 4. Mississippi Affordable College Savings Trust #2-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 5. Mississippi Affordable College Savings Trust #3-Age/Risk Opt | A | Dividend | K | T | | | | | |
| 6. Mississippi Affordable College Savings Trust #4-Age/Risk Opt | A | Dividend | J | T | | | | | |
| 7. Mississippi Affordable College Savings Trust #5-Age/Risk Opt | A | Dividend | J | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. --Money Market Account (Y) | | | | | | | | | |
| 10. --Southern Co. Common Stock | A | Dividend | J | T | | | | | |
| 11. --Munder/Victory MidCap Core Growth Mut Fund | A | Dividend | J | T | | | | | |
| 12. --Arrow DWA Balanced Fund | A | Dividend | J | T | | | | | |
| 13. --American Funds Target Fund | A | Dividend | J | T | | | | | |
| 14. --Am Cap Fund | A | Dividend | J | T | | | | | |
| 15. --Deutsche Income Fund (name change) | A | Dividend | J | T | | | | | |
| 16. --Growth Fund of America | A | Dividend | J | T | | | | | |
| 17. --John Hancock Inv. Grade Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Washington Mutual Inv. Fund | A | Dividend | J | T | | | | | |
| 19. --John Hancock Blue Chip Growth | A | Dividend | J | T | | | | | |
| 20. Rental Property #1, Gulfport, MS (2012) | E | Rent | M | Q | | | | | |
| 21. Brokerage Acct #1(H) | | | | | | | | | |
| 22. --Washington Mutual Inv. Fund | A | Dividend | J | T | | | | | |
| 23. --Growth Fund of America | A | Dividend | J | T | | | | | |
| 24. Brokerage Acct #2(H) | | | | | | | | | |
| 25. --American Funds Balanced | A | Dividend | J | T | | | | | |
| 26. --Am Cap Fund | A | Dividend | J | T | | | | | |
| 27. Brokerage Acct #3(H)(X) | | | | | | | | | |
| 28. --Money Market Account (X) | A | Dividend | L | T | | | | | |
| 29. --BMW Bank, Salt Lake City, UT CD (X) | A | Interest | | | Buy | 05/08/18 | K | | |
| 30. | | | | | Redeemed | 06/11/18 | K | | |
| 31. --United Valley Bank,Cavaller, ND CD (X) | A | Interest | | | Buy | 06/11/18 | K | | |
| 32. | | | | | Redeemed | 10/15/18 | K | | |
| 33. --Citizens Bank, Providence, RI CD (X) | A | Interest | | | Buy | 05/08/18 | K | | |
| 34. | | | | | Redeemed | 08/30/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --New York Cmty Bank, NY CD (X) | A | Interest | K | T | Buy | 08/30/18 | K | | |
| 36. --MetaBank, Sioux Falls, SD CD (X) | A | Interest | | | Buy | 05/08/18 | K | | |
| 37. | | | | | Redeemed | 09/17/18 | K | | |
| 38. --Texas Capital Bank, TX CD (X) | A | Interest | | | Buy | 05/08/18 | K | | |
| 39. | | | | | Redeemed | 11/16/18 | K | | |
| 40. -- Walt Disney Co. Common Stock (X) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 41. --Microsoft Corp. Common Stock (X) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 42. --Ishares US Healthcare ETF (X) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 43. --SPDR S&P 500 ETF (X) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 44. Beneficiary IRA #1 (H)(X) | | | | | | | | | |
| 45. --American Balanced Fund (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 46. --EuroPacific Growth Fund (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 47. --Growth Fund of America (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 48. --Investment Co. of America (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 49. --New Economy Fund (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 50. --New Perspective Fund (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 51. --Small Cap World Fund (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Washington Mutual Investors Fund (X) | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 53. Beneficiary IRA #2 (H)(X) | | | | | | | | | |
| 54. --Cash Account (X) | A | Dividend | J | T | | | | | |
| 55. --Accenture (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 56. --Aqua America (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 57. --Automatic Data Processing (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 58. --Baxter Int'l (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 59. --Becton Dickinson (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 60. --Church & Dwight Co. ()X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 61. --Chubb, Lltd (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 62. --Coca Cola Co. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 63. --Costco (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 64. --Emerson Electric (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 65. --General Mills (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 66. --Genuine Parts Co. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 67. --Johnson & Johnson (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 68. --McDonald's Corp. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Medtronic (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 70. --Microsoft (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 71. --Pepsico (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 72. --Pfizer (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 73. --Proctor & Gamble (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 74. --Qualcomm (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 75. --Raytheon (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 76. --Smucker JM Co. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 77. --Stanley Black & Decker (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 78. --Starbucks (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 79. --Sysco Corp. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 80. --3M Co. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 81. --Union Pacific (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 82. --United Technologies (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 83. --UnitedHealth Group (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 84. --Walmart Inc. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 85. --Walgreens Boots Alliance (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Praxair/Linde PLC (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 87. --Merck & Co., Inc. (X) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 88. --Illinois Tool Works (X) | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 89. Beneficiary IRA #3 (H)(X) | | | | | | | | | |
| 90. --Powershares/INVESCO DWA Momentum ETF (X) | A | Dividend | J | T | Buy | 05/08/18 | J | | |
| 91. | A | Dividend | J | T | Buy (add'l) | 11/01/18 | J | | |
| 92. --Powershares/INVESCO S&P 500 ETF (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 93. | | | | | Sold | 11/01/18 | J | A | |
| 94. --Mercadolibre (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 95. | | | | | Sold | 05/09/18 | J | | |
| 96. --Autohome (X) | A | Dividend | | | Buy | 05/09/18 | J | | |
| 97. | | | | | Sold | 08/09/18 | J | | |
| 98. --Virtusa (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 99. | | | | | Sold | 11/14/18 | J | | |
| 100. --CRay Inc. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 101. | | | | | Sold | 08/06/18 | J | | |
| 102. --Energizer Holdings (X) | A | Dividend | | | Buy | 05/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/27/18 | J | A | |
| 104.  --First Solar (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 105. | | | | | Sold | 06/04/18 | J | | |
| 106.  --Five Below, Inc.(X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 107. | | | | | Sold | 06/08/18 | J | A | |
| 108. | A | Dividend | | | Buy | 09/13/18 | J | | |
| 109. | A | Dividend | | | Buy (add'l) | 09/27/18 | J | | |
| 110. | | | | | Sold | 11/23/18 | J | | |
| 111.  --Grubhub, Inc.(X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 112. | | | | | Sold | 07/26/18 | J | A | |
| 113. | A | Dividend | | | Buy | 08/09/18 | J | | |
| 114. | | | | | Sold | 10/09/18 | J | | |
| 115.  --Match Group, Inc.(X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 116. | | | | | Sold | 07/05/18 | J | A | |
| 117.  --Nvidia (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 118. | | | | | Sold | 11/01/18 | J | | |
| 119.  --Netapp, Inc. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 12/14/18 | J | | |
| 121. --Nu Skin Enterp. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 122. | | | | | Sold | 10/09/18 | J | | |
| 123. --Pure Storage, Inc. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 124. | | | | | Sold | 11/20/18 | J | | |
| 125. --Qualsys, Inc. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 126. | | | | | Sold | 10/09/18 | J | | |
| 127. --Rollins, Inc. (X) | A | Dividend | J | T | Buy | 05/08/18 | J | | |
| 128. --Shutterfly, Inc. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 129. | | | | | Sold | 08/10/18 | J | | |
| 130. --ST Microelectronics (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 131. | | | | | Sold | 07/26/18 | J | | |
| 132. --Sodastream Int'l (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 133. | | | | | Sold | 08/07/18 | J | A | |
| 134. --Syntel, Inc. (X) | A | Dividend | | | Buy | 05/08/18 | J | | |
| 135. | | | | | Sold | 07/24/18 | J | A | |
| 136. --Wix, Ltd (X) | A | Dividend | | | Buy | 05/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 10/09/18 | J | A | |
| 138. --Mellanox Tech. (X) | A | Dividend | | | Buy | 06/04/18 | J | | |
| 139. | | | | | Sold | 09/27/18 | J | | |
| 140. | A | Dividend | | | Buy | 11/01/18 | J | | |
| 141. | | | | | Sold | 12/14/18 | J | A | |
| 142. --Helen of Troy (X) | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 143. --Blucora, Inc. (X) | A | Dividend | | | Buy | 07/05/18 | J | | |
| 144. | | | | | Sold | 10/09/18 | J | | |
| 145. --LivePerson, Inc. (X) | A | Dividend | | | Buy | 07/24/18 | J | | |
| 146. | | | | | Sold | 11/21/18 | J | | |
| 147. --Trip Advisor, Inc. (X) | A | Dividend | | | Buy | 07/26/18 | J | | |
| 148. | | | | | Sold | 10/09/18 | J | | |
| 149. --Advanced Micro Devices (X) | A | Dividend | | | Buy | 07/26/18 | J | | |
| 150. | | | | | Sold | 09/13/18 | J | A | |
| 151. --Unisys (X) | A | Dividend | | | Buy | 08/06/18 | J | | |
| 152. | | | | | Sold | 11/20/18 | J | | |
| 153. --iRobot (X) | A | Dividend | | | Buy | 08/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/25/18 | J | | |
| 155. --Verisign (X) | A | Dividend | | | Buy | 08/10/18 | J | | |
| 156. | | | | | Sold | 10/09/18 | J | | |
| 157. --Brooks Automation (X) | A | Dividend | | | Buy | 09/13/18 | J | | |
| 158. | | | | | Sold | 11/21/18 | J | | |
| 159. --Inphi Corp. (X) | A | Dividend | | | Buy | 09/13/18 | J | | |
| 160. | | | | | Sold | 10/11/18 | J | | |
| 161. | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 162. --Apple (X) | A | Dividend | | | Buy | 10/09/18 | J | | |
| 163. | | | | | Sold | 12/24/18 | J | | |
| 164. --Revlon (X) | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 165. --Align Tech. (X) | A | Dividend | | | Buy | 10/09/18 | J | | |
| 166. | | | | | Sold | 10/25/18 | J | | |
| 167. --IDEXX Labs (X) | A | Dividend | | | Buy | 10/09/18 | J | | |
| 168. | | | | | Sold | 11/16/18 | J | | |
| 169. --Intuitive Surgical (X) | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 170. --Merit Medical Syst. (X) | A | Dividend | J | T | Buy | 10/09/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Teladoc Health (X) | A | Dividend | | | Buy | 10/09/18 | J | | |
| 172. | | | | | Sold | 10/11/18 | J | | |
| 173. --Molina Health (X) | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 174. --Broadcom, Inc. (X) | A | Dividend | | | Buy | 10/11/18 | J | | |
| 175. | | | | | Sold | 10/29/18 | J | | |
| 176. --Encompass Health (X) | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 177. --Church & Dwight Co. (X) | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 178. --Xilinx, Inc. (X) | A | Dividend | | | Buy | 10/29/18 | J | | |
| 179. | | | | | Sold | 12/14/18 | J | A | |
| 180. --Veeva Sys. (X) | A | Dividend | | | Buy | 11/14/18 | J | | |
| 181. | | | | | Sold | 12/24/18 | J | | |
| 182. --Dexcom, Inc. (X) | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 183. --CDW Corp. (X) | A | Dividend | | | Buy | 11/20/18 | J | | |
| 184. | | | | | Sold | 12/24/18 | J | | |
| 185. --FormFactor, Inc. (X) | A | Dividend | | | Buy | 11/20/18 | J | | |
| 186. | | | | | Sold | 12/14/18 | J | A | |
| 187. --Cisco Sys. (X) | A | Dividend | | | Buy | 11/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/24/18 | J | | |
| 189. --Sleep Number Corp. (X) | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 190. --American STS Water Co. (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 191. --Middlesex Water Co. (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 192. --Casella Waste (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 193. --U.S. Ecology (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 194. --Waste Connections, Inc. (X) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 195. --Kirkland Lake Gold (X) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 196. --Royal Gold (X) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 197. --Seabridge Gold, Inc. (X) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 198. --SSR Mining Co. (X) | A | Dividend | J | T | Buy | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2 and Part VII, Lines 27-198 represent inherited assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Halil S. Ozerden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544